JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE TORRES, JR.,<br>Petitioner,<br>v.<br>FIDENCIO GUZMAN,<br>Respondent. | Case No. 2:25-cv-07117-SB-MBK<br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: September 23, 2026

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE